Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **American Home Fitness Co., LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **38-3629325** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**44937 Schoenherr Road**<br>**Sterling Heights, MI 48313**<br>Number, Street, City, State & ZIP Code<br><br>**Macomb**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.americanhomefitness.com/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

| Debtor | American Home Fitness Co., LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | American Home Fitness Co., LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

| Debtor | American Home Fitness Co., LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 2, 2024**
              MM / DD / YYYY

**X /s/ Eric R. Swanson**                                    **Eric R. Swanson**
Signature of authorized representative of debtor              Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Charles D. Bullock**                                 Date  **April 2, 2024**
Signature of attorney for debtor                                   MM / DD / YYYY

**Charles D. Bullock P55550**
Printed name

**Stevenson & Bullock, P.L.C.**
Firm name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
Number, Street, City, State & ZIP Code

Contact phone   **(248)354-7906 Ext. 2224**     Email address   **cbullock@sbplclaw.com**

**P55550 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __American Home Fitness Co., LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 2, 2024__  X __/s/ Eric R. Swanson__
Signature of individual signing on behalf of debtor

**Eric R. Swanson**
Printed name

**President**
Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re: **American Home Fitness Co., LLC**  Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Eric R. Swanson<br>205 Clinton Ave.<br>Grand Haven, MI 49417 | Member | 90% | |
| Kelly Swanson<br>205 Clinton Ave.<br>Grand Haven, MI 49417 | Member | 10% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 2, 2024**

Signature **/s/ Eric R. Swanson**
**Eric R. Swanson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of Michigan

In re __American Home Fitness Co., LLC__  
Debtor(s)

Case No. _____  
Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __April 2, 2024__

__/s/ Eric R. Swanson__  
__Eric R. Swanson__/__President__  
Signer/Title

33100 Woodward Owner LLC
26600 Telegraph Road
Suite 200
Southfield, MI 48033


AMS Delivery Company, LLC
60374 Haymarket Drive
Macomb, MI 48044


Baldwin Commons LLC
Columbia Center II
101 W Big Beaver Rd.
Suite 200
Troy, MI 48084


Baldwin Commons, LLC
Columbia Center II
101 W Big Beaver Rd., Ste. 200
Troy, MI 48084


Blue Care Network
P.O. Box 33608
Detroit, MI 48232-5608


Brixmor Holdings 1 SPE, LLC
c/o Brixmor Property Group
P.O. Box 645324
Cincinnati, OH 45264-5324


Brixmor Property Group
450 Lexington Avenue, Floor 13
New York, NY 10017


Brixmor Property Group,
8700 West Bryn Mawr Ave., Suite 1000S
Chicago, IL 60631


Charter Township of Orion
2323 Joslyn Road
Lake Orion, MI 48360


Chase Ink Business Card
P.O. Box 15016
Wilmington, DE 19885-9912

City of Sterling Heights
Water Department 181601
P.O. Box 55000
Detroit, MI 48255-1816


Clinton Valley TIC Rollup, LLC
c/o Mid America Real Estate
88500 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304


Comcast
P.O. Box 37601
Philadelphia, PA 19101


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601


Consumers Energy
Payment Center
P.O. Box 740309
Cincinnati, OH 45274-0309


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


De Lage Landen Financial Services, Inc.
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703


DTE Energy
P.O. Box 740786
Cincinnati, OH 45274-0786


East Paris Shoppes, LP
117 E. Washington St., Ste. 300
Indianapolis, IN 46204


East Paris Shoppes, LP
117 East Washington St., Ste. 300
Indianapolis, IN 46204

Fifth Third Bank
P.O. Box 740789
Cincinnati, OH 45274


GFL Environmental
P.O. Box 791519
Baltimore, MD 21279-1519


Green Earth Realty, LLC
6220 Campbell Rd., Ste. 104
Dallas, TX 75248


Health In Motion
255 Airport Cir., #101
Corona, CA 92880


Honigman Miller Schwartz and Cohn, LLP
2290 First National Building,
660 Woodward Ave.
Detroit, MI 48226


Kirco Property Management
101 W Big Beaver Rd., Ste. 200
Troy, MI 48084


Miller Diversified Real Estate, LLC
1656 Henthorne Dr.
Maumee, OH 43537


Miller Investment Corp.
1656 Henthorne Dr.
Maumee, OH 43537


Miller Investment Corp.
Attn. Miller Diversified Real Estate LLC
1656 Henthorne Dr.
Maumee, OH 43537


Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Dr.
Chicago, IL 60693

Penske Truck Leasing
P.O. Box 802577
Chicago, IL 60680-2577


Pitney Bowes
3001 Summer St.
Stamford, CT 06926


Precor, Inc.
20031 142nd Ave., NE.
PO Box 7202
Woodinville, WA 98072-4002


Princeton Managment
26600 Telegraph Rd
Suite 200
Southfield, MI 48033


Ryder Transportation Serv.
P.O. Box 96723
Chicago, IL 60693-6723


Selective Insurance Co.
P.O. Box 371468
Pittsburgh, PA 15250-7460


Smash Creative Group
7755 22nd Mile Rd. #182197
Shelby Township, MI 48318


Taylor & Williams, LLC
9280 Ranger Dr.
Stanwood, MI 49346


Toledo Edison
P.O. Box 3687
Akron, OH 44309-3687


Transmotion, Inc.
2325 Wisconsin Ave.
Downers Grove, IL 60515-4022


Twelve Mile Crossing LLC
6220 Campbell Rd., Ste. 104
Dallas, TX 75248

Unid Ocean Transport, Inc.
9660 Flair Drive, Suite #498
El Monte, CA 91731


Varnum
Attn.: Brad Defoe
480 Pierce St., Suite 300
Birmingham, MI 48009


Waterrower Inc.
520 Metacom Ave.
Warren, RI 02885


Yorkville Holding Co., Inc.
26640 Harding Street
Oak Park, MI 48237


Yorkville Holding, LLC
26640 Harding
Oak Park, MI 48237